996

George Clinton AKARD, Appellant, v. The FEDERAL LOAN BANK OF LOUISVILLE et al., Appellees.

No. 7466.

Circuit Court of Appeals, Sixth Circuit.

Oct. 6, 1937.

W. J. Carter, of Johnson City, Tenn., for appellant.

Talbert B. Hughes, of Johnson City, Tenn., and John S. Grimes and J. F. Williamson, both of Louisville, Ky., for appellees.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

This cause was heard upon the transcript of the record, briefs, and argument of counsel for appellee; and it appearing that the order appealed from, holding that appellant's petition and offer of composition filed as a prerequisite to relief under Bankruptcy Act § 75 (a–s), 11 U.S.C.A. § 203 (a–s) was not filed in good faith, was not erroneous.

It is therefore ordered and adjudged that the order of the District Court be and is in all things affirmed.

ALL AMERICAN SLIDE CORPORATION
v. Frank C. BRADY, etc.

No. 6354.

Circuit Court of Appeals, Seventh Circuit.

Nov. 3, 1937.

Bertram Wm. Coltman and Ames, Thiess, Olson & Mecklenburger, all of Chicago, Ill., for appellant.

William F. Waugh, of Chicago, Ill., for appellee.

Before EVANS and SPARKS, Circuit Judges.

PER CURIAM.

Now this day come the parties by their counsel and present and file a stipulation to dismiss this appeal, which said stipulation is in the words and figures following, to wit:

"It is hereby stipulated and agreed by and between the parties in the above entitled appeal, by their respective attorneys of record herein, that said appeal shall be dismissed without costs.

"Dated at Chicago, Illinois, this 3d day of November, A. D. 1937."

On consideration whereof, it is now here ordered, adjudged, and decreed by this court that this appeal be, and the same is hereby, dismissed without costs, pursuant to the foregoing stipulation.

James H. AVERY et al., Appellants, v. EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES.

No. 11017.

Circuit Court of Appeals, Eighth Circuit.

Sept. 13, 1937.

T. D. Judy and L. L. Whittelsey, both of Kansas City, Mo., for appellants.

Frank P. Barker and George J. Winger, both of Kansas City, Mo., for appellee.

PER CURIAM.

Petition for allowance of appeal from United States District Court denied.